IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-02126-MSK-MJW

ISELO HOLDINGS, LLC,

Plaintiff(s),

v.

INNOVATIVE TELESERVICES OUTSOURCING UNLIMITED LLC,
d/b/a Automated Research & Marketing,   and
WILLIAM COONAN,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Leave to Appear by Telephone, DN 20, filed with the Court on November 3, 2009, the Defendants' Unopposed Motion for Leave to Appear by Telephone, DN 22, filed with the Court on November 4, 2009, are both GRANTED.  Counsel for the plaintiff shall initiate a conference call and then contact the court by calling (303) 844-2403 on December 3, 2009, at 9:30 a.m.

Date:  November 5, 2009