# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-02126-MSK-MJW          FTR - Courtroom A-502

**Date:**   December 03, 2009                       Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| ISELO HOLDINGS, LLC, | David A.  DeMarco |
| | Brian L.  Lerner     (by telephone) |
| Plaintiff(s), | |
| v. | |
| INNOVATIVE TELESERVICES OUTSOURCING UNLIMITED LLC d/b/a AUTOMATED RESEARCH & MARKETING, and WILLIAM COONAN, | Erin K.  Brignola     (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion for Leave to Conduct Discovery Limited to the Issue of Personal Jurisdiction for argument.

**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO CONDUCT DISCOVERY LIMITED TO THE ISSUE OF PERSONAL JURISDICTION [Docket No. **35,** Filed November 04, 2009] is **DENIED** for reasons as set forth on the record.

Defendants are directed to provide plaintiff with computation and/or calculations as to damages **on or before   DECEMBER 07, 2009.**

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Joinder of Parties/Amendment to Pleadings:   **DECEMBER 15, 2009**

Discovery Cut-off:   **MAY 12, 2010**

Dispositive Motions Deadline:   **JUNE 14, 2010**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before FEBRUARY 03, 2010**
Parties shall designate Rebuttal Experts **on or before MARCH 03, 2010**

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **APRIL 08, 2010.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to five (5) fact depositions, plus experts, without leave of court. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than MAY 12, 2010.**

No **SETTLEMENT CONFERENCE** is set at this time.

A **TELEPHONIC STATUS CONFERENCE** is set **JANUARY 27, 2010 at 9:00 a.m.**
All participating parties are to be on the call *before* the Court is contacted; Plaintiff's counsel shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.
Topics of discussion will include (1) Status of discovery (2) Status of pending motions and (3) Any need to set a Settlement conference.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date. The parties anticipate a four (4) day trial to a jury.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]** Scheduling Order is signed and entered with interlineations **DECEMBER 03, 2009.**

Hearing concluded.

**Court in recess:** 10:06 a.m.
Total in-court time: 00:36

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
(303) 825-6119   Toll Free 1-800-962-3345.   FAX (303) 893-8305   www.AveryWoods.net

*ATTACHMENT:    Letter to Counsel from Judge Marcia S. Krieger*