IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02126-MSK-MJW

ISELO HOLDINGS, LLC,

Plaintiff(s),

v.

INNOVATIVE TELESERVICES OUTSOURCING UNLIMITED LLC,
d/b/a Automated Research & Marketing, and
WILLIAM COONAN,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

There being no response filed to the *Plaintiff's Motion to Compel Responses to Its Combined First Set of Interrogatories and Requests for Production of Documents*, DN 61, filed with the Court on January 15, 2010, it is hereby ORDERED that *Plaintiff's Motion to Compel Responses to Its Combined First Set of Interrogatories and Requests for Production of Documents* is DEEMED CONFESSED and is THEREFORE GRANTED.

It is FURTHER ORDERED that the Defendants shall submit their responses to the Plaintiff's Combined First Set of Interrogatories and Requests for Production of Documents on or before March 1, 2010.

Date:  February 17, 2010