# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-02126-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** May 05, 2010 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| ISELO HOLDINGS, LLC, | David A. DeMarco |
| Plaintiff(s), | |
| v. | |
| WILLIAM COONAN, | - - - no appearance - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 9:02 a.m.
Court calls case. Appearance of counsel. Defendant William Coonan does not appear nor does any legal representative for him. Default was entered [Docket No. 78] April 21, 2010, by Judge Krieger as to Innovative Teleservices Outsourcing Unlimited LLC d/b/a Automated Research & Marketing and Innovative Teleservices Outsourcing Unlimited LLC d/b/a Automated Research & Marketing and its counterclaim were dismissed.

The Court raises Plaintiff's Motion for Sanctions for argument. The Court notes and reads into the record Defendants' Response to May 5, 2010 Appearance and Sanctions [Docket No. 81, Filed May 04, 2010].
Argument by Mr. DeMarco. Questions and comments by the Court.

**It is ORDERED:** Plaintiff's MOTION FOR SANCTIONS BASED ON DEFENDANT'S FAILURE TO COMPLY WITH COURT ORDER, OR ALTERNATIVE MOTION TO COMPEL RESPONSES TO PLAINTIFF'S COMBINE FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [Docket No. **75,** Filed March 05, 2010] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:** Defendant Coonan shall have to and including **MAY 28, 2010** within which to answer the discovery requests as contained in the plaintiff's motion [Docket No. 75]. Failure of Mr. Coonan to comply with Court orders may result in sanctions which may include recommendation of entry of default.

*09-cv-02126-MSK-MJW*
*Motion Hearing*
*May 05, 2010*

Discussion is held regarding difficulties plaintiff has encountered in scheduling defendant Coonan' deposition.

HEARING CONCLUDES.

**Court in recess:**  9:23  a.m.
Total In-Court Time:   00:21