IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02126-MSK-MJW

ISELO HOLDINGS, LLC,

Plaintiff(s),

v.

INNOVATIVE TELESERVICES OUTSOURCING UNLIMITED LLC,
d/b/a AUTOMATED RESEARCH & MARKETING, and
WILLIAM COONAN,

Defendant(s).

## MINUTE ORDER

U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Continue Final Pre-Trial Conference and Stay Dispositive Motion Deadline (docket no. 101) is DENIED as to staying the dispositive motion deadline.

Date: September 28, 2010